**Chuen Kong Holding, Inc. d/b/a United Food**

| NAMES | DATES FROM TO | BACKWAGES |
|---|---|---|
| Norma Aguilar | 07/11/2009 to 12/11/2010 | $20,087.36 |
| Flavio Agustin | 03/14/2009 to 12/11/2010 | $9,068.20 |
| Alberto Arce | 01/09/2010 to 12/11/2010 | $5,454.00 |
| Ramon M Bojorges | 02/07/2009 to 12/11/2010 | $5,944.00 |
| Jose S Bonilla | 12/20/2008 to 12/11/2010 | $5,107.85 |
| Elder D Castro | 12/05/2009 to 12/11/2010 | $6,412.30 |
| Elia Cruz | 07/03/2010 to 12/11/2010 | $19,257.58 |
| Eliseo Cruz Cruz | 02/13/2010 to 12/11/2010 | $1,097.00 |
| Miguel A Cruz Cruz | 12/20/2008 to 12/11/2010 | $14,231.90 |
| Jorge Garcia | 02/07/2009 to 12/11/2010 | $8,459.45 |
| Elvis V Gonzales | 12/20/2008 to 12/11/2010 | $10,917.35 |
| Galdino M Hernandez | 12/20/2008 to 12/11/2010 | $5,597.00 |
| Jorge Hernandez | 12/20/2008 to 12/11/2010 | $11,445.30 |
| Jose Hernandez | 07/03/2010 to 12/11/2010 | $4,458.00 |
| Julio M Hernandez | 04/03/2010 to 12/11/2010 | $9,512.63 |
| Ricardo M Hernandez | 12/20/2008 to 12/11/2010 | $7,645.10 |
| Rumaldo Hernandez | 12/20/2008 to 12/11/2010 | $11,828.10 |
| Victor Hernandez | 12/20/2008 to 12/11/2010 | $6,564.40 |
| Wilson H Hinestrosa | 12/20/2008 to 12/11/2010 | $9,310.05 |
| Jose Isidro | 11/07/2009 to 12/11/2010 | $8,840.40 |
| Joe Li | 12/05/2009 to 12/11/2010 | $4,444.74 |
| Jose J Lopez | 12/20/2008 to 12/11/2010 | $8,916.30 |
| Marcos Lopez | 12/20/2008 to 12/11/2010 | $675.75 |
| Javier M Martinez | 12/20/2008 to 12/11/2010 | $17,200.53 |
| Rigoberto S Melgar | 05/29/2010 to 12/11/2010 | $4,525.50 |
| Elias M Mendez | 04/10/2010 to 12/04/2010 | $2,156.50 |
| Geovany I Mendez | 01/10/2009 to 12/11/2010 | $17,138.36 |
| Ignacio M Mendez | 12/20/2008 to 12/11/2010 | $5,307.95 |
| Esteban Miguel | 03/14/2009 to 12/11/2010 | $3,111.00 |
| Sergio Pineda | 11/07/2009 to 12/11/2010 | $5,421.50 |
| Leopoldo Ramirez | 03/06/2010 to 12/11/2010 | $7,244.25 |
| Santos Reinoso | 08/14/2010 to 12/11/2010 | $2,269.00 |
| Alejandro Rodriguez | 10/30/2010 to 12/11/2010 | $1,985.38 |
| Jose A Saenz | 09/05/2009 to 12/11/2010 | $7,735.50 |
| Felipe A Segura | 12/20/2008 to 12/11/2010 | $17,991.94 |
| Magdiel Ugalde | 12/20/2008 to 12/11/2010 | $11,941.70 |

SCHEDULE "A"

| | | |
|---|---|---|
| Everardo Valle | 07/03/2010 to 12/11/2010 | $1,512.25 |
| Carlos G Velasquez | 12/12/2009 to 12/11/2010 | $1,361.80 |
| Meng Xianqiang | 12/20/2008 to 12/11/2010 | $1,904.88 |
| Gao Xiao Hang | 12/20/2008 to 12/11/2010 | $5,690.00 |
| Chen Xiurong | 09/12/2009 to 12/11/2010 | $2,132.64 |

SCHEDULE "A"